STATE OF OKLAHOMA ex rel. OBA v. MCCOY
2025 OK 64
Case Number: SCBD-7938
Decided: 09/29/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 64, __ P.3d __

 

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
KASSIE NICOLE MCCOY, Respondent.

ORDER APPROVING RESIGNATION PENDING DISCIPLINARY PROCEEDINGS

¶1 Respondent, who has pending disciplinary proceedings, has submitted an affidavit pursuant to Rule 8, Oklahoma Rules Governing Disciplinary Procedure ("RGDP"), 5 O.S. ch. 1 app. 1-A, seeking to resign her membership in the Oklahoma Bar Association (OBA) and relinquish her right to practice law. Complainant OBA has filed an application for an order approving resignation pending disciplinary proceedings.

¶2 Respondent was admitted to the Oklahoma Bar on April 23, 2013, and executed her affidavit of resignation on June 24, 2025. The affidavit was filed in this Court on July 16, 2025.

¶3 In her affidavit, Respondent states that:

(a) she tenders her resignation freely and voluntarily;

(b) she is not subject to coercion or duress;

(c) she is not under the influence of any mind-altering substance; and

(d) she is aware of the consequences of submitting this resignation.

¶4 Respondent admits that although the resignation is subject to approval by this Court, she will treat it as effective from the date and time of its execution.

¶5 Respondent acknowledges that her license to practice law in Oklahoma was suspended for two years pursuant to Rule 7 on June 20, 2023 contingent on completing probationary requirements in Oklahoma and Colorado in SCBD 7415, and again on June 2, 2025 for failure to pay membership dues for the year 2025.

¶6 Respondent states she is aware that, after her license was to practice law was suspended, her suspended sentence was revoked and she served one year in the Rogers County jail in State of Oklahoma vs. Kassie Nicole McCoy, Case Number CM-2021-235. Respondent further states that, during the term of her disciplinary suspension, she was charged with additional alcohol-related offenses in State of Oklahoma vs. Kassie Nicole McCoy, Case Number CF-2024-121 in Ottawa County, and State of Oklahoma vs. Kassie Nicole McCoy, Case Number CM-2024-73 in Woods County.

¶7 Respondent states that she is aware that if the allegations set forth in paragraph 6 were proved, they would constitute violations of Rules 8.4(b) and 8.4(c) of the Oklahoma Rules of Professional Conduct (ORPC), 5 O.S. 2025, ch. 1, app. 3-A, and Rule 1.3, RGDP, as well as her oath as an attorney. She waives her right to contest the allegations.

¶8 Respondent's affidavit acknowledges:

(a) Respondent is aware that pursuant to Rule 8.2, RGDP, the approval or disapproval of her resignation is within this Court's discretion.

(b) She recognizes that she may not be reinstated to the practice of law unless she fully complies with the provisions of Rule 11, RGDP, and that she may not apply for reinstatement before five years from the effective date of the Order approving the resignation.

(c) She acknowledges that the Client Security Fund may receive claims from her former clients, and agrees that, should the OBA approve and pay such claims, she will reimburse the fund for the principal amounts and statutory interest before filing any application for reinstatement to the practice of law.

(d) She will tender her OBA membership card to the Office of General Counsel or destroy it.

(e) She will cooperate with the Office of the General Counsel to identify any active client cases where documents and files need to be returned or forwarded to new counsel, and any client cases where she owes fees or refunds.

(f) It is Respondent's understanding that the OBA has not incurred any costs in its investigation of these matters.

¶9 The effective date of Respondent's resignation is September 29, 2025.

¶10 This Court finds Respondent's resignation pending disciplinary proceedings complies with all the requirements set forth in Rule 8.1, RGDP, and accepts the resignation.

¶11 Respondent's OBA number is 31405, and her official roster address, in OBA records, is 11651 S. 540 Rd, Miami, Oklahoma 74354.

¶12 IT IS THEREFORE ORDERED that the OBA's Application for Order Approving Resignation is approved.

¶13 IT IS FURTHER ORDERED that Respondent's name be stricken from the Roll of Attorneys and that she makes no application for reinstatement to membership in the Oklahoma Bar Association before September 29, 2030.

¶14 IT IS FURTHER ORDERED that Respondent comply with Rule 9.1 of the RGDP, return all client files, and refund unearned fees.

¶15 IT IS FURTHER ORDERED that as a condition of reinstatement, Respondent shall reimburse the Client Security Fund for any monies expended because of her malfeasance or nonfeasance.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 29th day of September, 2025.

    

/s/____________________________________

CHIEF JUSTICE

CONCUR: ROWE, C.J., KUEHN, V.C.J., and WINCHESTER, EDMONDSON, COMBS, GURICH, DARBY and JETT, JJ.

NOT PARTICIPATING: KANE, J.